UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Criminal No. 11 cr 10299 |
| v. | ) | |
| | ) | VIOLATIONS: |
| | ) | |
| DEONDRE SNOW | ) | 21 U.S.C. § 841(a)(1) -- |
| | ) | Possession of Cocaine with |
| | ) | Intent to Distribute/ |
| | ) | Distribution of Cocaine |
| | ) | |
| | ) | 21 U.S.C. § 860 - |
| | ) | Distribution of a Controlled |
| | ) | Substance Within 1000 Feet |
| | ) | of a School |
| | ) | |
| | ) | 18 U.S.C. § 2 -- Aiding and |
| | ) | Abetting |
| | ) | |
| | ) | 21 U.S.C. § 853 -- Criminal |
| | ) | Forfeiture |

**INDICTMENT**

**COUNT ONE:**   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine)

The Grand Jury charges that:

On or about June 7, 2011, at Roxbury in the District of Massachusetts,

**DEONDRE SNOW,**

the defendant herein, did knowingly and intentionally possess within intent to distribute, and did distribute, cocaine, a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein was committed by the defendant within one thousand feet of the real property comprising a school, more particularly, the

Eliot Education Center, a private elementary school located at 56 Dale Street in Roxbury, Massachusetts, in violation of Title 21, United States Code, Section 860.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.


## FORFEITURE ALLEGATION
## (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offense alleged in Count 1 of this Indictment,

**DEONDRE SNOW,**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offense; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violation.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant --

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
JOHN A. WORTMANN, JR.
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS                September 8, 2011

     Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk       @ 1:10 PM
                    9.8.11