UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**v.**                                            **CRIMINAL ACTION NO. 11-10299-DJC**

**DONDRE SNOW**

## DENIAL OF CERTIFICATE OF APPEALABILITY

CASPER, D.J.

A certificate of appealability will issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. section 2253(c)(2); see Miller-El v. Cockrell, 537 U.S. 322, 336 (2003). Accordingly, the petitioner must "demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Because the applicant has made no substantial showing of the denial of a constitutional right upon this Court's review of this request and for the reasons previously set forth in the Court's order, D. 151, and having received no supplemental filings on this issue, the Court DENIES a certificate of appealability.

August 14, 2015

/s/ Denise J. Casper
--------------------------
U.S. District Judge